UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENID GOMEZ,

    Plaintiff,

v.

GMAC MORTGAGE, L.L.C.,
AMERA MORTGAGE CORPORATION, and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM,

    Defendants.
_____/

Case No. 2:10-cv-13287

Hon.

## APPEARANCE

PLEASE TAKE NOTICE that the law firm of Kerr, Russell and Weber, PLC, through the undersigned, enters its appearance in the within action on behalf of Defendant, Amera Mortgage Corporation.

    Respectfully submitted,

    **KERR, RUSSELL AND WEBER, PLC**

    By:  s/Robert J. Pineau
         Robert J. Pineau (P39386)
    Attorneys for Defendant, Amera Mortgage
         Corporation
    500 Woodward Avenue, Suite 2500
    Detroit, MI  48226
    (313) 961-0200
    rjp@krwlaw.com

    James W. Brody  (CA SBN 212967)
    AMERICAN MORTGAGE LAW GROUP, PC
    Co-Counsel for Plaintiff
    75 Rowland Way, Suite 350
    Novato, CA 94945

Dated:  September 29, 2010    (415)  878-0030

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENID GOMEZ,

    Plaintiff,

v.

GMAC MORTGAGE, L.L.C.,
AMERA MORTGAGE CORPORATION, and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM,

    Defendants.
_____/

Case No. 2:10-cv-

Hon.

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2010, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system, and that I have mailed by United States Postal Service the foregoing to the following non-ECF participants:

    Enid Gomez
    Pro Se
    1320 Portia Street
    Los Angeles, CA  90026

Respectfully submitted,

KERR, RUSSELL AND WEBER, PLC

Dated:  September 29, 2010

By:   s/ Robert J. Pineau
    Robert J. Pineau (P39386)
Attorneys for Defendant,
    Amera Mortgage Corporation
500 Woodward Avenue, Suite 2500
Detroit, Michigan  48226
(313) 961-0200
rjp@krwlaw.com