**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ENID GOMEZ,

    Plaintiff,

vs.

GMAC MORTGAGE, LLC, AMERA MORTGAGE CORPORATION, and MORTGAGE ELECTRONIC REGISTRATION SYSTEM,

    Defendants.

Case No. 10-cv-13287
Hon. Bernard A. Friedman
Magistrate: Virginia M. Morgan

---

Enid Gomez
*In Pro Per*
1320 Portia Street
Los Angeles, CA 90026
(213) 503-4111

Thomas M. Schehr (P54391)
Jennifer Boueri Chilson (P71176)
**DYKEMA GOSSETT PLLC**
*Attorneys for GMAC Mortgage, LLC and Mortgage Electronic Registration System*
400 Renaissance Center, 35th Floor
Detroit, MI 48243-1668
(313) 568-6659 or (313) 568-5331
E-mail:   tschehr@dykema.com
             jbouerichilson@dykema.com

---

## NOTICE OF APPEARANCE

PLEASE ENTER the Appearance of Thomas M. Schehr of Dykema Gossett PLLC as one of the counsel of record on behalf of Defendants GMAC Mortgage, LLC and Mortgage Electronic Registration System in this action.

By: s/Thomas M. Schehr
Thomas M. Schehr (P54391)
Jennifer Boueri Chilson (P71176)
**DYKEMA GOSSETT PLLC**
*Attorneys for GMAC Mortgage, LLC and Mortgage Electronic Registration System*
400 Renaissance Center, 35th Floor
Detroit, MI 48243-1668
(313) 568-6659 or (313) 568-5331
E-mail: tschehr@dykema.com
jbouerichilson@dykema.com

Date: October 1, 2010

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by first class U.S. Mail with postage fully prepaid the same to Enid Gomez, 1320 Portia Street, Los Angeles, CA 90026.

                                          By: s/Thomas M. Schehr
                                                Thomas M. Schehr (P54391)
                                                Jennifer Boueri Chilson (P71176)
                                          **DYKEMA GOSSETT PLLC**
                                          *Attorneys for GMAC Mortgage, LLC*
                                          *and Mortgage Electronic Registration System*
                                          400 Renaissance Center, 35th Floor
                                          Detroit, MI 48243-1668
                                          (313) 568-6659 or (313) 568-5331
                                          E-mail:   tschehr@dykema.com
                                                          jbouerichilson@dykema.com

DET01\856436.1
ID\TMS - 086797/0999