UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ENID GOMEZ

        Plaintiff(s),         Case No. 10-cv-13287

v.         Judge Bernard A. Friedman

GMAC MORTGAGE, LLC, et al.         Magistrate Judge Virginia M. Morgan

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, GMAC Mortgage, LLC

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 13, 2010         /s/ Jennifer Boueri Chilson

                                     P71176
                                     Dykema Gossett PLLC
                                     400 Renaissance Center
                                     Detroit, MI 48243
                                     (313) 568-5331
                                     jbouerichilson@dykema.com